| | |
|---|---|
| Tharan Gregory Lanier (State Bar No. 138784)<br>tglanier@JonesDay.com<br>Nathaniel P. Garrett (State Bar No. 248211)<br>ngarrett@JonesDay.com<br>Joshua L. Fuchs (*Pro Hac Vice*)<br>jlfuchs@JonesDay.com<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: +1.650.739.3941<br>Facsimile: +1.650.739.3900 | Kenneth A. Gallo (*Pro Hac Vice*)<br>kgallo@paulweiss.com<br>David J. Ball (*Pro Hac Vice*)<br>dball@paulweiss.com<br>William B. Michael (*Pro Hac Vice*)<br>wmichael@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON<br>& GARRISON LLP<br>2001 K Street NW<br>Washington, DC 20006-1047<br>Telephone: +1.202.223.7356<br>Facsimile: +1.202.204.7356 |

Attorneys for Defendants
SAP SE, SAP AMERICA, INC., and SAP LABS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERADATA CORPORATION,**<br>**TERADATA US, INC., and**<br>**TERADATA OPERATIONS, INC.,**<br><br>       **Plaintiffs,**<br><br>  v.<br><br>**SAP SE,**<br>**SAP AMERICA, INC., and**<br>**SAP LABS, LLC,**<br><br>       **Defendants.** | **Case No. 3:18-cv-03670-WHO**<br><br>**JOINT STIPULATION AND ORDER RE EXTENDING CASE DEADLINES** |

| | | |
|---|---|---|
| 1 | | Pursuant to Local Rule 6-1(b), Plaintiffs Teradata Corporation, Teradata US, Inc., and |
| 2 | | Teradata Operations, Inc. ("Plaintiffs") and Defendants SAP SE, SAP America, Inc., and SAP |
| 3 | | Labs, LLC ("Defendants") hereby jointly request and stipulate as follows: |

Pursuant to Local Rule 6-1(b), Plaintiffs Teradata Corporation, Teradata US, Inc., and Teradata Operations, Inc. ("Plaintiffs") and Defendants SAP SE, SAP America, Inc., and SAP Labs, LLC ("Defendants") hereby jointly request and stipulate as follows:

WHEREAS the Court issued an Order on July 9, 2018 (Dkt. 23) setting a Case Management Conference for September 25, 2018 at 2:00 p.m.;

WHEREAS Defendants filed a Motion to Dismiss First Amended Complaint (Dkt. 39) noticed for hearing on October 24, 2018;

WHEREAS the parties stipulate to extend the time for Plaintiffs to oppose the Motion, and for Defendants to reply;

WHEREAS the parties seek to continue the Case Management Conference to the first available regular Case Management Conference day after the hearing on Defendants' Motion to Dismiss;

Based on the foregoing, the parties by their counsel hereby stipulate, subject to the Court's approval, to the following modifications to case deadlines:

| Event | Current Date | Proposed Date |
|---|---|---|
| Defendants' Opposition to Motion to Dismiss | September 14, 2018 | September 28, 2018 |
| Plaintiffs' Reply in Support of Motion to Dismiss | September 21, 2018 | October 12, 2018 |
| Case Management Statement Due | September 18, 2018 | October 30, 2018 |
| Case Management Conference | September 25, 2018 at 2:00 p.m. | November 6, 2018 at 2:00 p.m. |

Dated: September 6, 2018

Respectfully submitted,

MORRISON & FOERSTER LLP


By: /s Mark L. Whitaker
  Mark L. Whitaker

STIPULATION
Case No. 3:18-cv-03670-WHO

|   |   |
|---|---|
| | Counsel for Plaintiffs<br>TERADATA CORPORATION,<br>TERADATA US, INC., and<br>TERADATA OPERATIONS, INC. |
| Dated: September 6, 2018 | JONES DAY |
| | By: /s/ Tharan Gregory Lanier<br>    Tharan Gregory Lanier |
| | Counsel for Defendants<br>SAP SE,<br>SAP AMERICA, INC., and<br>SAP LABS, LLC |

## **ECF CERTIFICATION**

I, Tharan Gregory Lanier, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 6th day of September, 2018, at Palo Alto, California.

*/s/ Tharan Gregory Lanier*
Tharan Gregory Lanier
JONES DAY

Counsel for Defendants
SAP SE,
SAP AMERICA, INC., and
SAP LABS, LLC

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED as modified: the hearing on the motion to dismiss and the Case Management Conference will be set on November 7, 2018 at 2:00 p.m.

DATED: September 6, 2018

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE