Mark L. Whitaker (admitted *Pro Hac Vice*)
MWhitaker@mofo.com
Daniel P. Muino (CA BAR NO. 209624)
DMuino@mofo.com
G. Brian Busey (admitted *Pro Hac Vice*)
GBusey@mofo.com
Bradley S. Lui (CA BAR NO. 143088)
BLui@mofo.com
Mary Prendergast (CA BAR NO. 272737)
MPrendergast@mofo.com
Fahd H. Patel (admitted *Pro Hac Vice*)
FPatel@mofo.com
Corinna J. Alanis (CA BAR NO. 287164)
CAlanis@mofo.com
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, District of Columbia 20006-1888
Telephone:   (202) 887-1500
Facsimile:   (202) 887-0763

Bryan Wilson (CA BAR NO. 138842)
BWilson@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone:   (650) 813-5600
Facsimile:   (650) 494-0792

Attorneys for Plaintiffs
TERADATA CORPORATION, TERADATA
US, INC., and TERADATA OPERATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERADATA CORPORATION, TERADATA US, INC., and TERADATA OPERATIONS, INC.<br><br>Plaintiffs,<br><br>v.<br><br>SAP SE, SAP AMERICA, INC., and SAP LABS, LLC<br><br>Defendants. | Case No. 3:18-CV-03670-WHO<br><br>**JOINT STIPULATION AND ORDER RE WITHDRAWAL OF MOTION TO SEAL** |

Plaintiffs Teradata Corporation, Teradata US, Inc., and Teradata Operations, Inc. ("Plaintiffs") and Defendants SAP SE, SAP America, Inc., and SAP Labs, LLC ("Defendants") hereby request and stipulate as follows:

Plaintiffs filed a Notice of Withdrawal of Administrative Motion to Seal (ECF No. 55).

Accordingly, the parties hereby stipulate, subject to the Court's approval, that the following documents, which are currently filed under seal, should be published by the Court: ECF Nos. 38-4, 38-7, 43-4, 43-5, 43-6, 43-7, 47-4.

| Dated: October 24, 2018 | Respectfully Submitted, |
|---|---|
| | MORRISON & FOERSTER LLP |
| | By:   /s/ Mark Whitaker   <br>        Mark Whitaker |
| | Attorneys For Plaintiffs |
| | TERADATA CORPORATION,<br>TERADATA US, INC., and<br>TERADATA OPERATIONS, INC. |

| Dated: October 24, 2018 | Respectfully Submitted, |
|---|---|
| | JONES DAY |
| | By:   /s/ Tharan Gregory Lanier   <br>        Tharan Gregory Lanier |
| | Attorneys For Defendants |
| | SAP SE,<br>SAP AMERICA, INC., and<br>SAP LABS, LLC |

**ECF CERTIFICATION**

I, Mark Whitaker, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Executed this 24th day of October, 2018, at Washington, D.C.

 */s/ Mark Whitaker*
Mark Whitaker

Attorneys For Plaintiffs
TERADATA CORPORATION,
TERADATA US, INC., and
TERADATA OPERATIONS, INC.

**ORDER**

PURSUANT TO STIPULATION, the following documents, which are currently filed under seal, shall be published on the docket: ECF Nos. 38-4, 38-7, 43-4, 43-5, 43-6, 43-7, 47-4.

IT IS SO ORDERED.

DATED: October 26, 2018

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE