UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERADATA CORPORATION, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SAP SE, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-03670-WHO (JCS)<br><br>**ORDER GRANTING MOTION TO ISSUE LETTERS OF REQUEST AS MODIFIED**<br><br>Re: Dkt. No. 239 |

The Court previously resolved disputes between the parties regarding letters of request under the Hague Convention sought by Plaintiffs Teradata Corporation, Teradata US, Inc., and Teradata Operations, Inc. (collectively, "Teradata"). *See* Order re Mot. to Issue Letters of Request (dkt. 241). Teradata filed revised proposed letters of request conforming to the Court's order, *see* dkt. 243, and Defendants SAP SE, SAP of America, Inc., and SAP Labs, LLC confirmed their agreement that the new letters conformed to the Court's order. Teradata's motion (dkt. 239) is GRANTED as to the newly submitted letters, copies of which bearing the Court's signature and seal are filed as attachments to this order.

**IT IS SO ORDERED.**

Dated: April 28, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge