| | |
|---|---|
| Mark L. Whitaker (Pro Hac Vice) <br> MWhitaker@mofo.com <br> Daniel P. Muino (State Bar No. 209624) <br> DMuino@mofo.com <br> G. Brian Busey (Pro Hac Vice) <br> GBusey@mofo.com <br> Bradley S. Lui (State Bar No. 143088) <br> BLui@mofo.com <br> Mary Prendergast (State Bar No. 272737) <br> MPrendergast@mofo.com <br> MORRISON & FOERSTER LLP <br> 2000 Pennsylvania Avenue, NW <br> Washington, D.C 20006-1888 <br> Telephone:    (202) 887-1500 <br><br> Bryan Wilson (State Bar No. 138842) <br> BWilson@mofo.com <br> Roman Swoopes (State Bar No. 274167) <br> RSwoopes@mofo.com <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, California 94304-1018 <br> Telephone:    (650) 813-5600 <br><br> Jack W. Londen (State Bar No. 85776) <br> JLonden@mofo.com <br> Wesley E. Overson (State Bar No. 154737) <br> WOverson@mofo.com <br> MORRISON & FOERSTER LLP <br> 425 Market Street <br> San Francisco, California 94105-2482 <br> Telephone:    (415) 268-7000 <br><br> *Attorneys for Teradata Corporation, Teradata US, Inc., and Teradata Operations, Inc.* | Tharan Gregory Lanier (State Bar No. 138784) <br> tglanier@JonesDay.com <br> Nathaniel P. Garrett (State Bar No. 248211) <br> ngarrett@JonesDay.com <br> Joshua L. Fuchs (*Pro Hac Vice*) <br> jlfuchs@JonesDay.com <br> Joseph M. Beauchamp (*Pro Hac Vice*) <br> jbeauchamp@jonesday.com <br> JONES DAY <br> 555 California Street, 26th Floor <br> San Francisco, CA  94104 <br> Telephone:    +1.415.626.3939 <br><br> Kenneth A. Gallo (*Pro Hac Vice*) <br> kgallo@paulweiss.com <br> David J. Ball (*Pro Hac Vice*) <br> dball@paulweiss.com <br> William B. Michael (*Pro Hac Vice*) <br> wmichael@paulweiss.com <br> Crystal M. Johnson (*Pro Hac Vice*) <br> cjohnson@paulweiss.com <br> PAUL WEISS <br> 2001 K Street NW <br> Washington, DC 20006-1047 <br> Telephone:    +1.202.223.7356 <br><br> Kristin L. Cleveland (State Bar No. 184639) <br> kristin.cleveland@klarquist.com <br> John D. Vandenberg (*Pro Hac Vice*) <br> john.vandenberg@klarquist.com <br> KLARQUIST SPARKMAN, LLP <br> 121 SW Salmon Street, Suite 1600 <br> Portland, OR 97204 <br> Telephone:    +1.503.595.5300 <br><br> *Attorneys for SAP SE, SAP AMERICA, INC., and SAP LABS, LLC* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERADATA US, INC., TERADATA CORPORATION, and TERADATA OPERATIONS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SAP SE, SAP AMERICA, INC., and SAP LABS, LLC, <br><br> Defendants. | Case No. 3:18-CV-03670-WHO (JCS) <br><br> **STIPULATION AND ORDER REGARDING CASE NARROWING & EXPERT DISCOVERY SCHEDULE** |

The parties attended a case management conference before this Court on June 12, 2020. The Court ordered the parties to submit a stipulation for narrowing the number of claims in this case. (ECF No. 267 at 2.) Thus, the parties have met and conferred and HEREBY STIPULATE and agree through their respective counsel of record to the following deadlines:

| Event | Proposed Date |
|---|---|
| Teradata will narrow its trade secret case to no more than 25 trade secrets.<br><br>SAP will narrow its patent case to no more than 25 claims. | December 15, 2020 |
| Teradata will narrow its trade secret case to no more than 15 trade secrets from the set previously identified.<br><br>SAP will narrow its patent case to no more than 15 claims from the set previously identified.<br><br>Any change to the asserted trade secrets or patent claims after this deadline (with the exception of further reductions) can only be made through an Order of the Court by a showing of good cause. | Expert Discovery Cutoff |

Pursuant to Civil L.R. 6-2, the parties have also stipulated to a change in the expert discovery schedule. Due to the number of experts in the case, the parties believe that additional time to work on responsive expert reports will be helpful. The current deadlines for expert discovery were issued by this Court in its initial scheduling order. (ECF No. 84.) These deadlines have not been modified since. Enlarging the amount of time for responsive expert reports will not have an effect on the rest of the schedule for this case, because the deadlines for fact discovery and dispositive motions remain unchanged. Thus, the parties have met and conferred and HEREBY STIPULATE and agree through their respective counsel of record to the following changes in the expert discovery schedule:

| Event | Current Date | New Proposed Date |
|---|---|---|
| Fact Discovery Cutoff | January 15, 2021 | January 15, 2021 (No Change) |
| Expert Disclosure | April 12, 2021 | March 15, 2021 |
| Expert Rebuttal | May 12, 2021 | May 12, 2021 (No Change) |
| Expert Reply | None | June 11, 2021 |
| Expert Discovery Cutoff | June 18, 2021 | July 9, 2021 |
| Dispositive Motions Heard By | August 25, 2021 | August 25, 2021 (No Change) |

1  Dated:  July 10, 2020          Respectfully submitted,

2                       By:  */s Tharan Gregory Lanier*
                              Tharan Gregory Lanier
3

4                       *Counsel for Defendants SAP SE, SAP AMERICA, INC., and SAP LABS, LLC*

5
   Dated:  July 10, 2020          Respectfully submitted,
6
                        By:  */s/ Mark L. Whitaker*
7                             Mark L. Whitaker

8                       *Counsel for Plaintiffs Teradata Corporation, Teradata US, Inc., and Teradata Operations, Inc.*

9

10
          It is SO ORDERED.
11

12
   Dated: July 10, 2020
13
                              William H. Orrick
14                            United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER
REGARDING CASE NARROWING & EXPERT DISCOVERY SCHEDULE
CASE NO. 3:18-CV-03670-WHO (JCS)

**ECF ATTESTATION**

I, Mark L. Whitaker, hereby attest pursuant to Local Rule 5-1(i)(3) that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: July 10, 2020     By:  /s/ *Mark L. Whitaker*
                              Mark L. Whitaker

*Counsel for Plaintiffs Teradata Corporation,
Teradata US, Inc., and Teradata Operations, Inc.*

- 3 -