UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERADATA CORPORATION, et al., <br><br>　　Plaintiffs, <br><br>　　v. <br><br>SAP SE, et al., <br><br>　　Defendants. | Case No. 18-cv-03670-WHO (JCS) <br><br> **ORDER GRANTING IN PART DISCOVERY MOTION** <br><br> Re: Dkt. No. 295 |

## I.　INTRODUCTION

Teradata and SAP have jointly filed a letter describing discovery matters which remain in dispute (the "Motion"). Dkt. 295. The court held a hearing on October 9, 2020, and for good cause the Motion is GRANTED IN PART follows:

1. SAP must supplement its responses, complete with all information currently in its possession, to Teradata contention Interrogatory Nos. 7–11 by October 12, 2020.

2. Teradata must supplement its responses, complete with all information currently in its possession, to SAP contention Interrogatories by October 12, 2020.

3. For Rule 30(b)(6) depositions, the parties shall follow the following procedure: SAP must designate its Rule 30(b)(6) designees. In response, Teradata must identify any Rule 30(b)(6) designee whom it wishes to depose in an individual capacity. Any such witness must be deposed first in his or her capacity as a Rule 30(b)(6) designee and second in his or her individual capacity. So long as the depositions occur in that order, they may be held on the same day.

4. At least five days before any Rule 30(b)(6) deposition, SAP must designate the topics on which each Rule 30(b)(6) designee will testify.

**IT IS SO ORDERED.**

Dated: October 9, 2020.

JOSEPH C. SPERO
Chief Magistrate Judge