United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERADATA CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAP SE, et al.,<br><br>    Defendants. | Case No. 18-cv-03670-WHO (JCS)<br><br>**ORDER REGARDING EMERGENCY MOTION**<br><br>Re: Dkt. No. 314 |

In response to the "emergency motion" (dkt. 314) filed by Plaintiffs Teradata Corporation; Teradata US, Inc.; and Teradata Operations, Inc. (collectively, "Teradata"), the Court hereby SUSPENDS Teradata's obligation to respond to interrogatories as stated in the Court's October 9, 2020 order (dkt. 313). The Court will review the recording of the hearing and issue an order in due course clarifying Teradata's obligations.

**IT IS SO ORDERED.**

Dated: October 10, 2020

JOSEPH C. SPERO
Chief Magistrate Judge