UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERADATA CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SAP SE, et al.,<br><br>    Defendants. | Case No. 18-cv-03670-WHO (JCS)<br><br>**ORDER GRANTING IN PART DISCOVERY MOTION**<br><br>Re: Dkt. No. 291 |

Teradata and nonparty Oracle have jointly filed a letter describing discovery matters which remain in dispute (the "Motion"). Dkt. 291. The court held a hearing on October 9, 2020, and for good cause the Motion is GRANTED IN PART follows:

1. Re: Request 1: In addition to searching its other repositories, Oracle must search the electronically stored information of the heads of marketing (and the heads of marketing for each product, if one exists or existed) since 2011 and produce responsive documents for the seven products discussed at the hearing (as to which Teradata narrowed its subpoena as reflected in the joint letter at page 3).

2. Re: Request 2: Oracle must search the repositories of its Competitive Intelligence Group and produce responsive documents with respect to the seven products.

3. Re: Request 3: Oracle must query its customer relationship management databases for information sought in the Request for each of the seven products since 2011 and produce that information.

4. Re: Request 4: For each of the seven products for each year since 2011, Oracle must produce annual revenue information for each of its top 25 customers by annual revenue per product

5. Re: Requests 5–6: Oracle must search Mr. Kuppler's electronically stored information and produce responsive documents.

6. Re: Request 7: For three products to be determined by Teradata, Oracle must identify its customer relationship manager(s) for each of its top 25 customers by annual revenue per product since 2011. Oracle must search these employees' electronically stored information and produce responsive documents.

7. Teradata is not required to reimburse Oracle for its costs incurred in connection with this production.

8. The parties and Oracle shall meet and confer and agree upon a procedure by which Oracle may designate confidential material and object prior to the public disclosure of any such material at a hearing or at trial.

**IT IS SO ORDERED.**

Dated: October 10, 2020

_____
JOSEPH C. SPERO
Chief Magistrate Judge