1

2

3

4                    UNITED STATES DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6

7    TERADATA CORPORATION, et al.,

          Plaintiffs,                        Case No. 18-cv-03670-WHO (JCS)
8
        v.                                   **ORDER GRANTING IN PART**
9                                            **DISCOVERY MOTION**

10   SAP SE, et al.,                         Re: Dkt. No. 338

          Defendants.
11

12

13          Teradata has filed a motion to compel SAP to produce a Rule 30(b)(6) witness to testify to

14   SAP's efforts to preserve and produce documents (the "Motion").  Dkt. 338.  The court held a

15   hearing on December 4, 2020, and for good cause the Motion is GRANTED IN PART as follows:

16          1.  By Friday, December 11, 2020, SAP shall produce a fact declaration and any relevant

17              non-privileged documents regarding each of the following: (1) the factual basis for the

18              warning letter to Mr. Zenus; (2) the results of SAP's investigation into the disposition

19              of Mr. Sauer's external hard drive, his SAP computer, and the data on those devices;

20              and (3) the results of SAP's investigation into the disposition of Mr. Schroeder's laptop

21              that was returned to SAP in 2013 and the data on that device.

22          2.  By Monday, December 7, 2020, SAP and Teradata shall submit briefs, limited to two

23              pages, addressing whether the General Data Protection Regulation (GDPR) requires

24              SAP to secure permission from its employees (or others) in GDPR jurisdictions or to

25              take other steps before performing a search (without reviewing the contents of the

26              resultant documents) of its Office 365 system for all e-mails sent to and from

27

28

United States District Court
Northern District of California

Mr. Schroeder, Mr. Henkes, and Mr. Latza between 2008 and 2013. Upon reading these briefs, the Court will decide whether to order such a search.

3. By December 11, 2020, the parties shall submit (1) a two-page joint letter concerning their positions on the one disputed term in the proposed ESI order and (2) a red-lined version of the proposed ESI order showing the parties' competing versions.

**IT IS SO ORDERED.**

Dated: December 4, 2020.

_____
JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California