United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERADATA CORPORATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SAP SE, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-03670-WHO (JCS)<br><br>**ORDER REGARDING DISCOVERY DISPUTE AND REQUIRING APPEARANCE**<br><br>Re: Dkt. No. 367 |

　　　The Court has reviewed the parties' latest joint letter raising a discovery dispute (dkt. 367). Each party may take an additional ten hours of corporate deposition testimony under Rule 30(b)(6) of the Federal Rules of Civil Procedure, for a total of thirty-one hours per side. The 140-hour limit on *total* deposition time remains unchanged.

　　　The Court further ORDERS that lead trial counsel <u>and the chief executive officer of each party</u> shall appear at 9:30 AM on December 18, 2020 via Zoom webinar to address the manner in which discovery has been conducted in this case.

　　　**IT IS SO ORDERED.**

Dated: December 17, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge