1    Tharan Gregory Lanier (State Bar No. 138784)
     tglanier@JonesDay.com
2    Nathaniel P. Garrett (State Bar No. 248211)
     ngarrett@JonesDay.com
3    Joshua L. Fuchs (*Pro Hac Vice*)
     jlfuchs@JonesDay.com
4    Joseph M. Beauchamp (*Pro Hac Vice*)
     jbeauchamp@jonesday.com
5    JONES DAY
     555 California Street, 26th Floor
6    San Francisco, CA  94104
     Telephone:  +1.415.626.3939
7    Facsimile:  +1.415.875.5700

8    Kenneth A. Gallo (*Pro Hac Vice*)
     kgallo@paulweiss.com
9    William B. Michael (*Pro Hac Vice*)
     wmichael@paulweiss.com
10   J. Steven Baughman (*Pro Hac Vice*)
     sbaughman@paulweiss.com
11   Crystal M. Johnson (*Pro Hac Vice*)
     cjohnson@paulweiss.com
12   PAUL, WEISS, RIFKIND, WHARTON &
     GARRISON LLP
13   2001 K Street NW
     Washington, DC 20006-1047
14   Telephone:  +1.202.223.7356
     Facsimile:  +1.202.204.7356

Kristin L. Cleveland (State Bar No. 184639)
kristin.cleveland@klarquist.com
John D. Vandenberg (*Pro Hac Vice*)
john.vandenberg@klarquist.com
J. Christopher Carraway (*Pro Hac Vice*)
christopher.carraway@klarquist.com
Garth A. Winn (*Pro Hac Vice*)
garth.winn@klarquist.com
Mark W. Wilson (*Pro Hac Vice*)
mark.wilson@klarquist.com
Kyle B. Rinehart (*Pro Hac Vice*)
kyle.rinehart@klarquist.com
Roy Chamcharas (*Pro Hac Vice*)
roy.chamcharas@klarquist.com
KLARQUIST SPARKMAN, LLP
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone:  +1.503.595.5300
Facsimile:  +1.503.595.5301

*Attorneys for Defendant/Counterclaim-Plaintiff SAP SE and Defendants SAP AMERICA, INC. and SAP LABS, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERADATA US, INC.,<br>    Plaintiff,<br><br>and<br><br>TERADATA CORPORATION and<br>TERADATA OPERATIONS, INC.,<br>    Plaintiffs/Counterclaim-Defendants,<br><br>    v.<br><br>SAP SE,<br>    Defendant/Counterclaim-Plaintiff,<br><br>and<br><br>SAP AMERICA, INC. and SAP LABS, LLC,<br>    Defendants. | Case No. 3:18-cv-03670-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY AND *DAUBERT* MOTION DEADLINES** |

The parties hereto, through their respective counsel of record, hereby stipulate to the following regarding the expert discovery and *Daubert* motion deadlines, subject to approval by the Court. The deadlines for expert discovery were issued by this Court in its initial scheduling order (ECF No. 84), and were later modified in July 2020 (ECF No. 227), in March 2021 (ECF No. 393) and June 2021 (ECF No. 442).

WHEREAS the current expert discovery cutoff is August 13, 2021, and the current deadline to file any *Daubert* motion is August 25, 2021, for any *Daubert* motions the Parties seek to have the Court consider with summary judgment motions;

WHEREAS the Court extended the time for expert replies from July 9 to July 23 (ECF No. 442);

WHEREAS in light of the change in the time available for expert depositions to take place after the Parties served their expert replies, the Parties have agreed to take the deposition of SAP's expert Mr. Greg Anicich on August 20, 2021 to accommodate Mr. Anicich's personal schedule.

## STIPULATION

THEREFORE, the Parties stipulate that:

1.    Mr. Anicich's deposition may occur on August 20, 2021;

2.    Should Teradata seek for the Court to consider a *Daubert* motion for Mr. Anicich's opinions with summary judgment motions, Teradata may file such a *Daubert* motion on or before August 30, 2021;

3.    Should Mr. Anicich disclose new opinions or analyses in his deposition, Teradata's experts may respond to that in supplemental disclosures to be considered with summary judgment motions if SAP relies on any of those opinions or analyses for summary judgment purposes; if SAP does not rely on any of those opinions or analyses for summary judgment purposes, the Parties will meet and confer before trial to agree upon an appropriate way for Teradata's experts to respond to those new opinions and analyses; and

4.    No other current deadlines are changed.

1    IT IS HEREBY STIPULATED.

2

3    Dated: July 29, 2021                    JONES DAY

4                                            By: /s/ *Nathaniel P. Garrett*
                                                 Nathaniel P. Garrett
5

6                                            Counsel for Defendant/Counterclaim-Plaintiff
                                             SAP SE and Defendants SAP AMERICA,
7                                            INC. and SAP LABS, LLC

8
     Dated: July 29, 2021                    MORRISON & FOERSTER LLP
9
                                             By: /s/ *Mark L. Whitaker*
10                                                Mark L. Whitaker

11

12                                           Counsel for Plaintiffs and Counterclaim
                                             Defendants TERADATA CORPORATION,
13                                           TERADATA US, INC. and TERADATA
                                             OPERATIONS, INC.
14

15

16

17   **IT IS SO ORDERED**.

18
     Dated: _____, 2021
19
                                             _____
20                                           THE HONORABLE WILLIAM H. ORRICK
                                             UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28
                                                        STIPULATION AND [PROPOSED] ORDER TO
                                                        EXTEND EXPERT DISCOVERY AND *DAUBERT*
                                  - 2 -                          MOTION DEADLINES
                                                               CASE NO. 3:18-CV-03670-WHO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ECF ATTESTATION

I, Nathaniel P. Garrett, hereby attest pursuant to Local Rule 5-1(i)(3) that each signatory of this document has concurred to its filing.

Dated: July 29, 2021

JONES DAY

By: /s/ *Nathaniel P. Garrett*
    Nathaniel P. Garrett

Counsel for Defendant/Counterclaim-Plaintiff SAP SE and Defendants SAP AMERICA, INC. and SAP LABS, LLC

STIPULATION AND [PROPOSED] ORDER TO
EXTEND EXPERT DISCOVERY AND *DAUBERT*
MOTION DEADLINES
CASE NO. 3:18-CV-03670-WHO