# DECLARATION OF GREGORY K. LEONARD IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

# ** FILED UNDER SEAL **