UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERADATA CORPORATION, et al.,

    Plaintiffs,

v.

SAP SE, et al.,

    Defendants.

Case No. 18-cv-03670-WHO

**ORDER RE CORRECTED FILINGS**

Re: Dkt. No. 567

Plaintiff Teradata filed a notice of corrected filings ("Notice") related to a number of documents filed in the Declaration of Mark L. Whitaker in support of Plaintiffs' Opposition to Defendants' Motion for Summary Judgment (Dkt. No. 543). Dkt. No. 567. Teradata explains that these documents were inadvertently included and were not referenced in the final brief. *Id.* at 1. It requests that I disregard the previously filed versions of Dkt. Nos. 543, 528, and 528-1 and rely instead on the corrected versions filed concurrently with its notice. It also requests that I remove the previously filed exhibits listed in its Notice. *Id.* at 2. SAP responds that one of these exhibits should remain in the docket, Exhibit 69 (Dkt. No. 530-30), because it cited to this exhibit in its Reply in Support of Motion for Summary Judgment (Dkt. No. 550-4). Dkt. No. 577. SAP does not oppose Teradata's request that I remove the remainder of the exhibits in Teradata's Notice. Accordingly, I will disregard all of the exhibits except for Exhibit 69 at Dkt. No. 530-30 and direct that the remaining exhibits be permanently sealed on the docket.

**IT IS SO ORDERED.**

Dated: October 13, 2021



William H. Orrick
United States District Judge