# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** October 28, 2025 | **Time:** 14 minutes<br>1:57 p.m. to 2:11 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 18-cv-03670-WHO | **Case Name:** Teradata Corporation v. SAP SE | |

**Attorneys for Plaintiff:**   Eric Acker, Mary Prendergast, Mary Kaiser, David Cross, and \ William Frentzen

**Attorneys for Defendant:**   Brian L. Stekloff, Moira Penza, Nathaniel Garrett, and Greg Lanier

**Deputy Clerk:** Jean Davis             **Court Reporter:** Electronic Recording

# PROCEEDINGS

Case Management Conference conducted via videoconference to discuss adjustments to the trial schedule. The deadlines set in the Minute Order on May 7, 2025, (Dkt. No. 657) remain in effect except as noted below.

**Jury Selection:**             **March 30, 2026**
**Jury Trial:**                  **No earlier than March 31, 2026 and no later than April 2, 2026**

**Trial commencement will depend on whether the trial scheduled to commence on March 23, 2026, has resolved or gone to the jury by March 30, 2026. We will discuss this further at the Pretrial Conference on March 2, 2026.**