| | |
|---|---|
| **MORRISON & FOERSTER LLP**<br>Eric M. Acker (CA BAR NO. 135805)<br>eacker@mofo.com<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130<br>Telephone:   (858) 720-5100 | **JONES DAY**<br>Joshua L. Fuchs (*Pro Hac Vice*)<br>jlfuchs@JonesDay.com<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone: +1.415.626.3939 |
| **GOODWIN PROCTER LLP**<br>David D. Cross (admitted *pro hac vice*)<br>dcross@goodwinlaw.com<br>1900 N Street, NW<br>Washington, DC 20036<br>Telephone: 202.346.4000 | **WILKINSON STEKLOFF LLP**<br>Brian L. Stekloff (*Pro Hac Vice*)<br>bstekloff@wilkinsonstekloff.com<br>2001 M. St. NW, Floor 10<br>Washington, DC 20036<br>Telephone: (202) 847-4000 |
| *Attorneys for Plaintiffs*<br>TERADATA CORPORATION, TERADATA US, INC., and TERADATA OPERATIONS, INC.<br>(*Counsel continued on subsequent page*) | *Attorneys for Defendant/Counterclaim-Plaintiff* SAP SE and *Defendants* SAP AMERICA, INC. and SAP LABS, LLC<br>(*Counsel continued on subsequent page*) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERADATA US, INC.,<br><br>    Plaintiff,<br><br>and<br><br>TERADATA CORPORATION and TERADATA OPERATIONS, INC.,<br><br>    Plaintiffs/Counterclaim-Defendants,<br><br>  v.<br><br>SAP SE,<br><br>    Defendant/Counterclaim-Plaintiff,<br><br>and<br><br>SAP AMERICA, INC. and SAP LABS, LLC,<br><br>    Defendants. | Case No. 3:18-cv-03670-WHO<br><br>**STIPULATION TO PRETRIAL SCHEDULE AND (PROPOSED) ORDER** |

**MORRISON & FOERSTER LLP**
William Frentzen (CA Bar No. 343918)
WFrentzen@mofo.com
Jack W. Londen (CA Bar No. 85776)
JLonden@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone:     (415) 268-7000

Ryan J. Malloy (CA Bar No. 253512)
rmalloy@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone:     (213)892-5200

James R. Hancock (CA Bar No. 293786)
jhancock@mofo.com
Erik J. Olson (CA Bar No. 175815)
ejolson@mofo.com
Bryan J. Wilson (CA Bar No. 138842)
bwilson@mofo.com
755 Page Mill Road
Palo Alto, CA 94034
Telephone:     (650)813-5600

Mark L. Whitaker (admitted *Pro Hac Vice*)
mwhitaker@mofo.com
Bradley S. Lui (CA Bar No. 143088)
blui@mofo.com
Daniel P. Muino (CA Bar No. 209624)
dmuino@mofo.com
Mary Prendergast (CA Bar No. 272737)
MPrendergast@mofo.com
Fitz B. Collings (admitted *Pro Hac Vice*)
FCollings@mofo.com
2100 L Street, NW
Washington, District of Columbia 20037
Telephone:     (202) 887-1500

**GOODWIN PROCTER LLP**
Mary G. Kaiser (CA SBN 288741)
mkaiser@goodwinlaw.com
Julia Maloney (admitted *pro hac vice*)
juliamaloney@goodwinlaw.com
1900 N Street, NW
Washington, DC 20036
Telephone: 202.346.4000

*Attorneys for Plaintiffs/Counterclaim Defendants TERADATA CORPORATION, TERADATA US, INC., and TERADATA OPERATIONS, INC.*

Tharan Gregory Lanier (CA Bar No. 138784)
tglanier@JonesDay.com
Catherine T. Zeng (CA Bar No. 251231)
czeng@jonesday.com
Nathaniel P. Garrett (CA Bar No. 248211)
ngarrett@JonesDay.com
Joseph M. Beauchamp (*Pro Hac Vice*)
jbeauchamp@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  +1.415.626.3939

Kristin L. Cleveland (State Bar No. 184639)
kristin.cleveland@klarquist.com
Klaus H. Hamm (State Bar No. 224905)
klaus.hamm@klarquist.com
John D. Vandenberg (*Pro Hac Vice*)
john.vandenberg@klarquist.com
Roy Chamcharas (*Pro Hac Vice*)
roy.chamcharas@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: +1.503.595.5300

Rakesh N. Kilaru (*Pro Hac Vice*)
rkilaru@wilkinsonstekloff.com
Sarah E. Neuman (*Pro Hac Vice*)
sneuman@wilkinsonstekloff.com
Matthew R. Skanchy (*Pro Hac Vice*)
mskanchy@wilkinsonstekloff.com
David R. Friedman (CA Bar No. 300737)
dfriedman@wilkinsonstekloff.com
Oluwatitomi I. Akinmola (*Pro Hac Vice*)
takinmola@wilkinsonstekloff.com
**WILKINSON STEKLOFF LLP**
2001 M. St. NW, Floor 10
Washington, DC 20036
Telephone: (202) 847-4000

Moira Penza (*Pro Hac Vice*)
mpenza@wilkinsonstekloff.com
Emily A. Clarke (*Pro Hac Vice*)
eclarke@wilkinsonstekloff.com
Owen W. Gallogly (*Pro Hac Vice*)
ogallogly@wilkinsonstekloff.com
**WILKINSON STEKLOFF LLP**
130 W 42nd Street, Floor 24
New York, NY 10036
Telephone: (212) 294-8910

*Attorneys for Defendant/Counterclaim-Plaintiff* SAP SE and *Defendants* SAP AMERICA, INC. and SAP LABS, LLC

Pursuant to Local Rule 7-12, Plaintiffs and Counterclaim Defendants Teradata Corporation, Teradata US, Inc., and Teradata Operations, Inc. (collectively, "Teradata") and Defendants and Counterclaim Plaintiffs SAP SE, SAP America, Inc., and SAP Labs, LLC (collectively, "SAP"), through their undersigned counsel, hereby jointly request and stipulate as follows:

WHEREAS, the Court established the following pretrial schedule: First Exchange on December 18, 2025; Meet and Confer on January 9, 2026; Second Exchange on January 26, 2026; Meet and Confer regarding the Pretrial Conference Statement and Settlement on February 2, 2026; Parties' filings (including motions *in limine*) on February 9, 2026; Oppositions to motions *in limine* on February 17, 2026; and Pretrial Conference on March 2, 2026, at 2:00 p.m. (Dkt. 657).

WHEREAS, the Court set jury selection for March 30, 2026 at 8:30 a.m. (Dkt. 688).

WHEREAS, fact discovery closed on February 26, 2021 and expert discovery closed on August 13, 2021, except for one deposition held on August 20, 2021. (Dkt. 344, 393, 458).

WHEREAS, the parties agreed to exchange updated financial information relevant to their respective damages claims and to supplementation of their damages expert reports to update their damages claims. (Dkt. 655 at 3).

WHEREAS, the parties' supplemental reports that address damages will be limited to the same opinions, methodologies, models, analyses, and calculations as the original reports, applied to updated financial information and to account for the passage of time.

WHEREAS, the parties agreed to exchange substitute expert reports for two expert witnesses who are no longer available to testify at trial in this matter.

WHEREAS, the parties' substitute expert reports will be limited to opinions that are the same or substantially similar to those of the substituted experts and will not be contrary to or inconsistent with the opinions of the substituted experts as outlined in relevant case law.

WHEREAS, the parties agree that any depositions of experts submitting reports under this schedule shall not exceed three hours.

WHEREAS, the parties agree that depositions of experts serving supplemental reports shall be limited to exploring the updated analyses and updated findings set forth in the experts' respective supplemental reports.

WHEREAS, the parties filed *Daubert* motions on August 25, 2021, but stipulated that they could still file other non-duplicative *Daubert* motions "that do not address the same opinions and are not based on substantially the same arguments as any previously filed *Daubert* motion." (Dkt. 392).

WHEREAS, two *Daubert* motions, Teradata's motion to exclude certain opinions of SAP expert Dr. Tim Kraska (Dkts. 466, 495) and Teradata's motion to exclude certain opinions of SAP expert Gregory Leonard (Dkt. 480) remain pending, and the Court has indicated they will be decided along with the other pretrial motions (May 7, 2025 Hearing Tr. at 7:14-8:8).

IT IS HEREBY STIPULATED by Teradata and SAP, through their counsel, and subject to the Court's approval, propose the following case schedule, which accounts for the supplemental expert schedule and also includes minor variations and additions to dates and disclosures previously approved by the Court:

| Events and Deadlines | Date |
|---|---|
| Parties serve supplemental opening reports (new)[1] | October 24, 2025 |
| Parties serve substitute reports for unavailable expert witnesses (new) | November 4, 2025 |
| Parties provide written notice of supplemental rebuttal reports (new) | November 7, 2025 |
| Parties serve supplemental rebuttal reports (new) | November 25, 2025 |
| Deadline to notice supplemental expert depositions (new) | November 26, 2025 |
| Parties serve supplemental reply reports, if any (new) | December 11, 2025 |

---

[1] SAP served the supplemental opening report of Dr. Gregory Leonard on October 17, 2025.

| Events and Deadlines | Date |
|---|---|
| Parties' First Exchange:[2]<br>• Exhibit lists<br>• Preliminary witness lists | December 18, 2025 (no change)<br>(previously February 9, 2025 for witness lists) |
| Parties Second Exchange:<br>• Issues and key authority for motions *in limine*<br>• Deposition & discovery response designations | January 5, 2026<br>(previously December 18, 2025) |
| Parties meet and confer on motions *in limine* | January 9, 2026 (no change) |
| Deadline to complete depositions of supplemental and substitute experts | January 9, 2026 |
| Opening *Daubert* motions & supporting briefs | January 12, 2026 |
| Parties' Third Exchange:<br>• Objections to exhibits<br>• Objections to deposition designations<br>• Deposition counter-designations<br>• Requested voir dire questions<br>• Jury instructions<br>• Forms of verdict | January 26, 2026 (no change) |
| Oppositions to *Daubert* motions | January 26, 2026 |
| Deadline to Meet and Confer Regarding Pretrial Conference Statement and Settlement | February 2, 2026 (no change) |
| Replies in support of *Daubert* motions | February 2, 2026 |
| Parties' Fourth Exchange:<br>• Responses to deposition designation objections (new)<br>• Counter-counter deposition designations (new) | February 9, 2026 |

---

[2] The Parties will meet and confer no later than November 14, 2025 regarding format and scope of exchanges (new).

| Events and Deadlines | Date |
|---|---|
| Parties file:<br>• Motions *in limine*<br>• Joint Pretrial Conference Statement<br>• Joint set of jury instructions (including preliminary statements/instructions)<br>• Voir dire and verdict forms<br>• Juror questionnaire (new) | February 9, 2026 |
| Oppositions to motions *in limine* | February 17, 2026 |
| Parties file:<br>• Full set of deposition designations with objections (new)<br>• Stipulation of exhibits' admissibility<br>• Objections to exhibits | February 19, 2026<br>(previously February 9, 2026 for exhibit deadlines) |
| Pretrial conference | March 2, 2026 at 2:00 p.m. (no change) |

Dated:  November 6, 2025

**MORRISON & FOERSTER LLP**

By:  /s/ Eric M. Acker
Eric M. Acker

**GOODWIN PROCTER LLP**

By:  /s/ David D. Cross
David D. Cross

*Attorneys for Plaintiffs*
TERADATA CORPORATION, TERADATA US, INC., and TERADATA OPERATIONS, INC.

**JONES DAY**

By:  /s/ Joshua L. Fuchs
Joshua L. Fuchs

**KLARQUIST SPARKMAN, LLP**

By:  /s/ Kristin L. Cleveland
Kristin L. Cleveland

**WILKINSON STEKLOFF LLP**

By:  /s/ Brian L. Stekloff
Brian L. Stekloff

*Attorneys for Defendant/Counterclaim-Plaintiff* SAP SE and *Defendants* SAP AMERICA, INC. and SAP LABS, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: _____   _____
                                 THE HONORABLE WILLIAM H. ORRICK
                                 UNITED STATES DISTRICT JUDGE

## ECF ATTESTATION

I, Eric M. Acker, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: November 6, 2025                MORRISON & FOERSTER LLP

                                       By:  */s/ Eric M. Acker*
                                       Eric M. Acker (CA Bar No. 135805)