**GOODWIN PROCTER LLP**
David D. Cross (admitted *pro hac vice*)
dcross@goodwinlaw.com
1900 N Street, NW
Washington, DC 20036
Telephone: (202) 346-4000

**MORRISON & FOERSTER LLP**
Eric M. Acker (CA BAR NO. 135805)
eacker@mofo.com
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone: (858) 720-5100

*Attorneys for Plaintiffs
TERADATA CORPORATION, TERADATA US,
INC., and TERADATA OPERATIONS, INC.*
(*Counsel continued on subsequent page*)

**JONES DAY**
Joshua L. Fuchs (*Pro Hac Vice*)
jlfuchs@JonesDay.com
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939

**WILKINSON STEKLOFF LLP**
Brian L. Stekloff (*Pro Hac Vice*)
bstekloff@wilkinsonstekloff.com
2001 M. St. NW, Floor 10
Washington, DC 20036
Telephone: (202) 847-4000

*Attorneys for Defendant/Counterclaim-
Plaintiff* SAP SE and *Defendants* SAP
AMERICA, INC. and SAP LABS, LLC
(*Counsel continued on subsequent page*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERADATA US, INC., <br><br> Plaintiff, <br><br> and <br><br> TERADATA CORPORATION and TERADATA OPERATIONS, INC., <br><br> Plaintiffs/Counterclaim-Defendants, <br><br> v. <br><br> SAP SE, <br><br> Defendant/Counterclaim-Plaintiff, <br><br> and <br><br> SAP AMERICA, INC. and SAP LABS, LLC, <br><br> Defendants. | Case No. 3:18-cv-03670-WHO <br><br> **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**MORRISON & FOERSTER LLP**
William Frentzen (CA Bar No. 343918)
WFrentzen@mofo.com
Jack W. Londen (CA Bar No. 85776)
JLonden@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone:     (415) 268-7000

Ryan J. Malloy (CA Bar No. 253512)
rmalloy@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone:     (213)892-5200

James R. Hancock (CA Bar No. 293786)
jhancock@mofo.com
Erik J. Olson (CA Bar No. 175815)
ejolson@mofo.com
Bryan J. Wilson (CA Bar No. 138842)
bwilson@mofo.com
755 Page Mill Road
Palo Alto, CA 94034
Telephone:     (650)813-5600

Mark L. Whitaker (admitted *Pro Hac Vice*)
mwhitaker@mofo.com
Bradley S. Lui (CA Bar No. 143088)
blui@mofo.com
Daniel P. Muino (CA Bar No. 209624)
dmuino@mofo.com
Mary Prendergast (CA BAR NO. 272737)
MPrendergast@mofo.com
Fitz B. Collings (admitted *Pro Hac Vice*)
FCollings@mofo.com
2100 L Street, NW
Washington, District of Columbia 20037
Telephone:     (202) 887-1500

**GOODWIN PROCTER LLP**
Julia Maloney (admitted *pro hac vice*)
juliamaloney@goodwinlaw.com
1900 N Street, NW
Washington, DC 20036
Telephone: 202.346.4000
**THE BUSINESS LITIGATION GROUP, P.C.**
Christian G. Andreu-von Euw (CA Bar No. 265360)
1 Embarcadero Center, Suite 1200
San Francisco, CA 94111
Phone: (858)356-2672
*Attorneys for Plaintiffs*
*TERADATA CORPORATION, TERADATA US, INC.,*
*and TERADATA OPERATIONS, INC.*

Tharan Gregory Lanier (CA Bar No. 138784)
tglanier@JonesDay.com
Catherine T. Zeng (CA Bar No. 251231)
czeng@jonesday.com
Nathaniel P. Garrett (CA Bar No. 248211)
ngarrett@JonesDay.com
Joseph M. Beauchamp (*Pro Hac Vice*)
jbeauchamp@jonesday.com
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: +1.415.626.3939

Kristin L. Cleveland (State Bar No. 184639)
kristin.cleveland@klarquist.com
Klaus H. Hamm (State Bar No. 224905)
klaus.hamm@klarquist.com
John D. Vandenberg (*Pro Hac Vice*)
john.vandenberg@klarquist.com
Roy Chamcharas (*Pro Hac Vice*)
roy.chamcharas@klarquist.com
**KLARQUIST SPARKMAN, LLP**
121 SW Salmon Street, Suite 1600
Portland, OR 97204
Telephone: +1.503.595.5300

Rakesh N. Kilaru (*Pro Hac Vice*)
rkilaru@wilkinsonstekloff.com
Sarah E. Neuman (*Pro Hac Vice*)
sneuman@wilkinsonstekloff.com
Matthew R. Skanchy (*Pro Hac Vice*)
mskanchy@wilkinsonstekloff.com
David R. Friedman (CA Bar No. 300737)
dfriedman@wilkinsonstekloff.com
Oluwatitomi I. Akinmola (*Pro Hac Vice*)
takinmola@wilkinsonstekloff.com
**WILKINSON STEKLOFF LLP**
2001 M. St. NW, Floor 10
Washington, DC 20036
Telephone: (202) 847-4000

Moira Penza (*Pro Hac Vice*)
mpenza@wilkinsonstekloff.com
Emily A. Clarke (*Pro Hac Vice*)
eclarke@wilkinsonstekloff.com
Owen W. Gallogly (*Pro Hac Vice*)
ogallogly@wilkinsonstekloff.com
WILKINSON STEKLOFF LLP
130 W 42nd Street, Floor 24
New York, NY 10036
Telephone: (212) 294-8910

*Attorneys for Defendant/Counterclaim-Plaintiff* SAP SE and *Defendants* SAP AMERICA, INC. and SAP LABS, LLC

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
CASE NO. 3:18-CV-03670-WHO

2

The parties hereto, acting by and through counsel, do hereby stipulate that this action, including all claims, defenses and/or counterclaims brought, or which could have been brought, is hereby dismissed with prejudice pursuant to an Agreement executed by the parties on February 19, 2026. Each party shall bear its own attorneys' fees, expenses, and costs.

Dated: March 20, 2026

**GOODWIN PROCTER LLP**
By: /s/ David D. Cross
David D. Cross (admitted *pro hac vice*)
dcross@goodwinlaw.com
Julia Maloney (admitted *pro hac vice*)
juliamaloney@goodwinlaw.com
1900 N Street, NW
Washington, DC 20036
Telephone: 202.346.4000

**MORRISON & FOERSTER LLP**
Eric M. Acker (CA Bar No. 135805)
eacker@mofo.com
12531 High Bluff Drive, Suite 100
San Diego, CA 92130
Telephone:      (858) 720-5100

William Frentzen (CA Bar No. 343918)
WFrentzen@mofo.com
Jack W. Londen (CA Bar No. 85776)
JLonden@mofo.com
425 Market Street
San Francisco, CA 94105
Telephone:      (415) 268-7000

Ryan J. Malloy (CA Bar No. 253512)
rmalloy@mofo.com
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone:      (213)892-5200

James R. Hancock (CA Bar No. 293786)
jhancock@mofo.com
Erik J. Olson (CA Bar No. 175815)
ejolson@mofo.com
Bryan J. Wilson (CA Bar No. 138842)
bwilson@mofo.com
755 Page Mill Road
Palo Alto, CA 94034
Telephone:      (650)813-5600

Mark L. Whitaker (admitted Pro Hac Vice)

**JONES DAY**

By: /s/ Joshua L. Fuchs
Joshua L. Fuchs

**KLARQUIST SPARKMAN, LLP**

Kristin L. Cleveland

**WILKINSON STEKLOFF LLP**

Brian L. Stekloff

*Attorneys for Defendant/Counterclaim-Plaintiff* SAP SE and *Defendants* SAP AMERICA, INC. and SAP LABS, LLC

mwhitaker@mofo.com
Bradley S. Lui (CA Bar No. 143088)
blui@mofo.com
Daniel P. Muino (CA Bar No. 209624)
dmuino@mofo.com
Mary Prendergast (CA Bar No. 272737)
MPrendergast@mofo.com
Fitz B. Collings (admitted Pro Hac Vice)
FCollings@mofo.com
2100 L Street, NW
Washington, District of Columbia 20037
Telephone:      (202) 887-1500

*Attorneys for Plaintiffs*
TERADATA  CORPORATION,  TERADATA
US,  INC.,  and  TERADATA  OPERATIONS,
INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: March 20, 2026

_____
THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

## <u>ECF ATTESTATION</u>

I, David D. Cross, am the ECF User whose ID and Password are being used to file this document. I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated: March 20, 2026

GOODWIN PROCTER LLP

By: */s/ David D. Cross*
David D. Cross (admitted *pro hac vice*)